■ TAKISHA MOYE, Appellant, v JOEL A. GIAMBRA et al., Respondents. [6 NYS3d 525]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Peradotto, Carni, Valentino and DeJoseph, JJ.

■ In the Matter of MARGUERITE MITCHELL, Individually and as Administratrix of the Estate of JOHN K. MITCHELL, Deceased, Appellant-Respondent, v NRG ENERGY, INC., et al., Respondents-Appellants. [6 NYS3d 526]—Motion and cross motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Smith, Carni, Lindley and Sconiers, JJ.

■ DAVID H. KERNAN et al., Respondents, v TRAJANKA WILLIAMS, Appellant. (Appeal No. 1.) [6 NYS3d 926]—Motion for reargument, reconsideration or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Smith, Whalen and DeJoseph, JJ.

■ DAVID H. KERNAN et al., Respondents, v TRAJANKA WILLIAMS, Appellant. (Appeal No. 2.) [6 NYS3d 926]—Motion for reargument, reconsideration or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Smith, Whalen and DeJoseph, JJ.

■ In the Matter of OBI IFEDIGBO, Appellant, v BUFFALO PUBLIC SCHOOLS, Respondent. [6 NYS3d 525]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Centra, Carni and Sconiers, JJ.

■ In the Matter of COLONIAL SURETY COMPANY, Appellant, v LAKEVIEW ADVISORS, LLC, et al., and Respondents, RESOLUTION MANAGEMENT, LLC, et al., Respondents. (Proceeding No. 1.) In the Matter of COLONIAL SURETY COMPANY, Appellant, v LAKEVIEW ADVISORS, LLC, et al., Respondents, and RESOLUTION MANAGEMENT, LLC, et al., Respondents. (Proceeding No. 2.) (Appeal No. 1.) [6 NYS3d 526]—Motion for reargument or leave to Appeal to the Court of Appeals denied. Present—Smith, J.P., Carni, Valentino and Whalen, JJ.

■ RYAN M. FORRESTEL, Respondent, v MARGUERITA M. FORRESTEL, Appellant. [6 NYS3d 527]—Motion for reargument or reconsideration denied. Present—Smith, J.P., Carni, Valentino and Whalen, JJ.

■ MARGARET PASSUCCI, as Administratrix of the Estate of LUCILLE FIERLE, Deceased, Respondent-Appellant, v ABSOLUT CENTER FOR NURSING AND REHABILITATION AT ALLEGANY, LLC,